Joseph Antosz et al., Appellees, v. Goss Motors, Inc., and Carl L. Brown, Appellants.

Gen. No. 9,630.

Heard in this court at February term, 1941; opinion filed July 9, 1941. Edgar Elliott and John A. Bloomingston, for appellants; M. George Livingston and Hadley & Leren, for appellees; Charles W. Hadley and Palmer Leren, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

First National Bank of Cullom, Appellee, v. Alfred H. Chandler, Appellant.

Gen. No. 9,685.

Heard in this court at May term, 1941; opinion filed July 9, 1941. C. G. Hirschi and W. H. Dyer, for appellant; M. H. Scott, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''